**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SUSAN K. WOODARD,

    Plaintiff,

v.                                          Case No: 8:16-mc-63-T-30

HARRY HAMMONS, BULLFROG
PERFORMANCE SPEED SHOP INC.,
TIMOTHY R. NOBLES, TIM NOBLES
TRAILER SALES AND RENTALS,
INC., TIM NOBLES TRAILERS INC.,
TIM NOBLES TRAILERS AND REPAIR
LLC and THOMAS ALLEN CHESLEY,

    Defendants.

## ORDER

THIS CAUSE is before the Court on the Debtor's Emergency Motion to Stay Pending Appeal (Dkt. 4), Motion for Extension of Time to File Designation of Record (Dkt. 5), and Trustee's Response in Opposition (Dkt. 6). The debtor seeks a stay, under Federal Rule of Bankruptcy Procedure 8007(b), of the bankruptcy court's determination that the debtor's motorcycle is property of the estate. Notably, the debtor filed a virtually identical request last week, which the Court denied. (See Dkt. 2).

Since that denial, the debtor has moved for a stay in the bankruptcy court, which was also denied. That motion cured one of the previous motion's deficiencies. *See* Fed. R. Bankr. P. 8007(a) ("Ordinarily, a party must move first in the bankruptcy court . . . ."). The debtor has not, however, cured his more substantive deficiencies—namely, a showing that

he will likely succeed on appeal. *See Tooke v. Sunshine Trust Mortgage Trust No. 86-225*, 149 B.R. 687, 689 (M.D. Fla. 1992). In fact, a review of the bankruptcy court's detailed order, coupled with an independent review of the available record, convinces the Court that he will not.

The debtor has already requested the relief he now seeks. His failed arguments have not substantially changed. Neither should the result.

It is therefore ORDERED AND ADJUDGED that:

1. Debtor's Emergency Motion to Stay Pending Appeal (Dkt. 4) is DENIED.

2. Debtor's Motion for Extension of Time to File Designation of Record (Dkt. 5) is DENIED as moot.

3. The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of May, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record