**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SUSAN K. WOODARD,

    Plaintiff,

v.                                                  Case No: 8:16-mc-63-T-30

HARRY HAMMONS, BULLFROG
PERFORMANCE SPEED SHOP INC.,
TIMOTHY R. NOBLES, TIM NOBLES
TRAILER SALES AND RENTALS,
INC., TIM NOBLES TRAILERS INC.,
TIM NOBLES TRAILERS AND REPAIR
LLC and THOMAS ALLEN CHESLEY,

    Defendants.

## ORDER

THIS CAUSE is before the Court on Debtor's Motion to Strike the Bankruptcy Court's Order Striking Debtor's Notice of Appeal (Dkt. 8) and Motion to Use the Court's Docket Sheet In Lieu of a Separate Designation of Record (Dkt. 9). The Court has considered the filings, the bankruptcy record, and the applicable law. The Court concludes that Debtor's Motion to Strike should be denied because it is without merit and Debtor's motion to Use the Court's Docket Sheet should be denied as moot.

On May 16, 2016, Debtor filed with the bankruptcy court a Notice of Appeal that sought to appeal fourteen (14) separate orders of the bankruptcy court and one judgment. The bankruptcy court found that, with respect to all but three orders of the court, Debtor's Notice of Appeal was untimely. *See In re: Chesley*, 8:14-ap-644-KRM, Dkt. 118. The court

also found the following: 1) that Debtor filed no post-judgment motion that tolled the 14-day appeal period under F.R.B.P. 8002(c) and 8002(d); 2) that the Federal Rules of Bankruptcy Procedure do not authorize the filing of a single notice of appeal for more than one court order; and 3) that each notice of appeal from a bankruptcy court order requires the filing of a separate filing fee. *See id.* at 2. On the basis of these findings, the court struck the Notice of Appeal and authorized Debtor to file, within fourteen (14) days, a separate Notice of Appeal, along with the prescribed filing fee, for each appeal permitted by law.

Upon review, the Court finds that this order was consistent with the law and the local rules. The Debtor has failed to demonstrate why it should be stricken. It is therefore ORDERED AND ADJUDGED that:

1. Debtor's Motion to Strike Bankruptcy Order Striking Notice of Appeal (Dkt. 8) is DENIED.

2. Debtor's Motion to Use Court's Docket Sheet (Dkt. 9) is DENIED as moot.

3. The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of June, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record